IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARCUS QUINNEY,                 )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )       2:20cv229-MHT
                                )           (WO)
LEON BOLLING and ALABAMA        )
DEPARTMENT OF CORRECTIONS,      )
                                )
     Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that he was denied necessary medical care for a problem with one of his eyes.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of June, 2023.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**